# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

EDDIE WAYNE LANE, JR.
Reg. #27897-058                                                    PLAINTIFF

v.                    No. 2:18-cv-153-DPM-JTR

UNITED STATES BUREAU OF PRISONS;
GENE BEASLEY, Former Warden; HENDRICKS,
Warden; T. CARTER, Complex Captain;
WATKINS, Lt.; MARRS, Lt.; ODOM, Lt.;
GODLOVE, Dr.; and BROOKE BOYLES, Dr.         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Lane's motion to dismiss, № 9, is granted. His complaint will be dismissed without prejudice. The other pending motions, № 1, 5 & 6, are denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 December 2018