IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE WAYNE LANE, JR.
Reg. #27897-058                                                    PLAINTIFF

v.                         No. 2:18-cv-153-DPM

UNITED STATES BUREAU OF PRISONS;
GENE BEASLEY, Former Warden; HENDRICKS,
Warden; T. CARTER, Complex Captain;
WATKINS, Lt.; MARRS, Lt.; ODOM, Lt.;
GODLOVE, Dr.; and BROOKE BOYLES, Dr.           DEFENDANTS

## JUDGMENT

Lane's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2018